UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. LEE, | Case No. 2:25-cv-0558-DC-JDP (PS) |
| Plaintiff, | |
| v. | ORDER |
| CHARLES SCHWAB & CO., INC, *et al.*, | |
| Defendants. | |

Plaintiff, who is proceeding pro se, requests permission to file documents electronically in this action. ECF No. 2. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3).

Plaintiff appears to argue that he should be permitted to file documents electronically so that he is not required to conventionally serve defendants' counsel with each document he files in this case. ECF No. 2 at 2. Assuming each defendant appears through counsel, defendants will automatically receive service of all documents that plaintiff files through the court's case management and electronic case files system. *See* E.D. Cal. L.R. 133(a) and 135(a). Further, plaintiff has not shown that he will suffer any prejudice by having to file paper documents with

1

1  the clerk's office.  He therefore has not demonstrated good cause for a departure from the normal
2  filing procedure for unrepresented litigants.
3          Accordingly, it is hereby ORDERED that:
4          1.  Plaintiff's request to file electronically, ECF No. 2, is DENIED.
5          2.  Plaintiff is reminded that he must serve each defendant with a copy of the summons
6  and complaint within ninety days of the date his complaint was filed.  *See* Fed. R. Civ. P. 4(m)
7  ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or
8  on its own after notice to the plaintiff—must dismiss the action without prejudice against that
9  defendant or order that service be made within a specified time.").
10
11  IT IS SO ORDERED.
12
    Dated:    March 6, 2025                    _____
13                                              JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE
14

2